■ BECKY GOLDBARD et al., Respondents, v. JULIUS J. KIRCHIK et al., Defendants, and HARRIS BIRNBAUM, Appellant.— Motion by appellant for a stay pending appeal granted on condition that the appeal be perfected and that appellant argue or submit the appeal on November 10, 1960. The appeal is ordered on the calendar for said date. The record and appellant's brief must

be served and filed on or before November 4, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.